| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>EDGAR MOSQUERA GAMBOA | COURT CASE NUMBER<br>12-1220 RJL |
|---|---|
| DEFENDANT<br>EXECUTIVE OFFICE OF US ATTORNEYS, ET AL | TYPE OF PROCESS<br>SC |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US ATTORNEY GENERAL-DOJ
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U S A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RECEIVED
JUL 2 5 2012
Clerk, U.S. District and Bankruptcy Courts

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>07/24/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)   Mail Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 7/25/12   Time: 1:05 ☒ pm

Signature of U.S. Marshal or Deputy   J-Good #70224

| Service Fee<br>$110.00 | Total Mileage Charges including endeavors)<br>$.46 | Forwarding Fee | Total Charges<br>$110.46 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund)<br>$0.00  $110.46 |
|---|---|---|---|---|---|

REMARKS: ENDEAVOR #1 - 7/25/12 - 1205 - SUCCESSFUL - SERVED TO THE ABOVE NAMED MAIL CLERK IN C'T WHH/ 2 DOCUMENTS/ 1 HR./ 2 MILES RT

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U S Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>EDGAR MOSQUERA GAMBOA | COURT CASE NUMBER<br>12-1220 RJL |
|---|---|
| DEFENDANT<br>EXECUTIVE OFFICE OF US ATTORNEYS, ET AL | TYPE OF PROCESS<br>SC |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  FEDERAL BUREAU OF INVESTIGATION
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  9TH & PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**RECEIVED**
**JUL 25 2012**
Clerk, U.S. District and Bankruptcy Courts

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>07/24/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jayme Kantor, Asst. Gen-Counsel

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 7/25/12   Time: 1205 ☒ pm

Signature of U.S. Marshal or Deputy
J. Coub #3924

| Service Fee<br>$110 | Total Mileage Charges including *endeavors)*<br>2.0 = $.96 | Forwarding Fee | Total Charges<br>$110 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00  $110.96 |
|---|---|---|---|---|---|

REMARKS: ENDEAVOR #1 - 7/25/12 1205 HRS - SERVED AT ABOVE NAMED ADDRESS TO ABOVE NAMED ASST. GEN. COUNSEL IN OUTER OFFICE, 2 DIVISIONS / 1 HR / 2 MILES RT — JL

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80