UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR MOSQUERA GAMBOA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-1220 (RJL) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants, Executive Office for United States Attorneys and Federal Bureau of Investigation, hereby respectfully move for an enlargement of time of forty-six days, to and including October 15, 2012, in which to respond to Plaintiff's Complaint. Defendant's response would otherwise be due on August 30, 2012. This is Defendant's first request to enlarge in this action.

Good cause exists to grant this motion. Undersigned counsel has already been in contact with each of the client agencies but has not yet received the necessary information to inform this Court fully. Additional time is needed to obtain declarations and/or Vaughn indices from each of the named client agencies. Securing declarations from both defendants is necessary to prepare the planned dispositive motion.

Consequently, Defendants requests an enlargement of forty-six days in order to allow the necessary time to obtain a response from the client agencies. The requested enlargement includes the time necessary for undersigned counsel to prepare the planned dispositive motion.

-2-

This request for enlargement is not for purposes of delay, but is necessary for Defendant to prepare one dispositive motion rather than successive partial motions.

Undersigned counsel, consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(a), has not discussed this filing with Plaintiff, who is incarcerated and appearing pro se. Additionally, this case is exempt from the duty-to-confer requirement under Local Civil Rule 16.3(b)(9).

Accordingly, Defendants respectfully moves this Court for an enlargement of time in which to respond to Plaintiff's Complaint of forty-six days, to and including October 15, 2012. A proposed order is submitted herewith.

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia
(DC Bar # 447889)


DANIEL F. VAN HORN
Acting Civil Chief
(DC Bar # 924092)


By:           /s/
Dated: August 30, 2012                SEAN J. VANEK
Special Assistant United States Attorney
600 E Street, NW, Suite 7300
Washington, DC 20530
(202) 252-6027
Sean.vanek@usdoj.gov