## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2012, a true and correct copy of the foregoing Motion for Enlargement and Proposed Order was sent via first class U.S. mail, postage pre-paid to:

EDGAR MOSQUERA GAMBOA
Register No. 60512-079
United States Penitentiary
Post Office Box 3900
Adelanto, CA 92301

                                                  /s/
                                  SEAN J. VANEK
                                  Special Assistant United States Attorney
                                  United States Department of Justice
                                  Executive Office for United States Attorneys
                                  600 E Street, NW, Suite 7300
                                  Washington, DC 20530
                                  (202) 252-6027